IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Case No. 17-2409BPG

BRANDIE SMITH

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _Wed., Sept. 6, 2017_ (date) at _10:30 a.m._ (time) before _Beth P. Gesner_, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom _7B_.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

September 5, 2017
Date

Beth P. Gesner
United States Magistrate Judge