IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Brandie Smith

Case No. 17-2409BPG

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by  Lucius Outlaw, AFPD , and the Government was represented by Assistant United States Attorney  Judson Mihok , it is

**ORDERED,** this   6th   day of   September,   2017  , that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Beth P. Gesner
United States Magistrate Judge