AO 94 (Rev. 01/09, MD 6/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 17-2409BPG |
| | ) | |
| Brandie Smith | ) | Charging District's |
| *Defendant* | ) | Case No. 2017 CF2 009187 |

FILED / LOGGED / ENTERED / RECEIVED
SEP 06 2017
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

USMS-PPIS PPS
BALTIMORE, MD
2017 SEP -6  P 2: 31

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the D.C. Superior Court District of Columbia.

The defendant may need an interpreter for this language: _____.

The defendant:   ☐ will retain an attorney.
                 ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: September 6, 2017

_____
*Judge's signature*

Beth P. Gesner, U.S. Magistrate Judge
*Printed name and title*