IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRANSMITTAL LETTER TO:

**Superior Court of the District of Columbia**
**Attn: Criminal Division Room 4001**
**500 Indiana Ave. SW**
**Washington, DC 20001**

DATE: 9/11/2017
U.S.A. vs. Brandie Smith
CASE NO.: 17-2409BPG
YOUR CASE # : 2017CR2 009187

Enclosed herein please find original and certified copies of the following:

( ) Warrant of Arrest (Copy)
(✓) Indictment (Copy)
(✓) Financial Affidavit
( ) Contribution Order
(✓) Order Appointing the Federal Public Defender
( ) CJA 20 Voucher - Appointment of counsel under CJA
( ) Appearance Bond
( ) Order Setting Conditions of Release
( ) Appearance Line of Counsel
( ) Waiver of Preliminary Hearing
(✓) Waiver of Rule 5(c)(3) Hearings
(✓) Temporary Detention Order
(✓) Detention Order by Agreement
(✓) Commitment to Another District
(✓) Docket Sheet from this District
( ) Order re: Medical Evaluation and Appropriate Treatment of Detainee
(✓) Other: Criminal Minutes

**Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office. Thank you.**

**Return to:**
**Clerk, U.S. District Court**
**101 West Lombard Street, Room 4415**
**Baltimore, MD 21201-2675**

By: _____
Deputy Clerk

[Stamp: FILED DC SUPERIOR COURT SPECIAL PROCEEDINGS 2017 SEP 18 AM 11:31]